**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 26, 2004**

**Charles R. Fulbruge III**
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 03-41546
Summary Calendar

JAMAL ABU SAMAK,

Plaintiff-Appellant,

VERSUS

AARON P. BUDA; MELYNDA W. COOK, KEVIN M. SCHAD; SCHAD BUDA COOK, LLC.,

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Texas
1:02:CV-288

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM:[*]

In this appeal, Samak challenges the district court's dismissal of his suit against his former attorneys for lack of personal jurisdiction. After reviewing the record, we are satisfied that the district court committed no error in concluding that defendants had insufficient contacts with the State of Texas

---

[*]Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.

to support personal jurisdiction.

AFFIRMED.